## FRIERSON & CO. v. UNION NAT. BANK.
### (No. 1103.)

(Court of Civil Appeals of Texas. Beaumont. July 1, 1926.)

**Exemptions ⊜⟶37.**

Money on deposit in bank, that was paid to surviving wife of deceased employee under Workmen's Compensation Act (Vernon's Ann. Civ. St. 1925, art. 8306 et seq.), is exempt from garnishment by creditor of deceased.

Appeal from Harris County Court; R. F. Campbell, Judge.

Action by Frierson & Co. against the Union National Bank, garnishee. From an adverse judgment, plaintiff appeals. Affirmed.

W. M. C. Dickson, of Houston, for appellant.

Fouts & Patterson and W. F. Johnston, all of Houston, for appellee.

HIGHTOWER, C. J. The only question for decision in this case is as to whether money on deposit in a bank that was paid to the surviving wife of a deceased employee as compensation under the Workman's Compensation Act of this state (Vernon's Ann. Civ. St. 1925, art. 8306 et seq.), is subject to garnishment by a creditor of the deceased. The trial court held that it was not, and we affirm that holding. See Gaddy v. First National Bank, Garnishee (Tex. Civ. App.) 283 S. W. 277.